IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | CIVIL ACTION |
| DEPARTMENT OF ENVIRONMENTAL | : | NO. 15-1232 |
| PROTECTION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TRAINER CUSTOM CHEMICAL LLC, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this **30th** day of **August, 2016,** for the reasons set forth in the accompanying memorandum, the following is hereby **ORDERED:**

(1) Plaintiff's Motion for Summary Judgment (ECF No. 20) is **GRANTED** in part as to TCC's liability, but **DENIED** as to damages and as to Hunter and Halkias's individual liability;

(2) Defendant Halkias's Motion for Leave to File Response Nunc Pro Tunc (ECF No. 22) is **GRANTED**; and

(3) Plaintiff's Motion for Leave to File a Reply Brief (ECF No. 25) is **GRANTED.**

**AND IT IS SO ORDERED.**

**/s/ Eduardo C. Robreno**
**EDUARDO C. ROBRENO, J.**